No. 04–9913. WILLIAMS *v.* UPTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–9915. MORANT *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9918. RAMIREZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9919. STROUD *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 04–9921. PROVENZANO *v.* PROVENZANO. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 04–9922. LUKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–9924. JONES *v.* MITCHELL, CORRECTIONAL ADMINISTRATOR IV, MOUNTAIN VIEW CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–9927. DAVIS *v.* DEVORE, AKA JOYAVE. C. A. 4th Cir. Certiorari denied.

No. 04–9928. SMITH *v.* RUDICEL ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–9931. BLAKENEY *v.* DAUPHIN COUNTY PRISON ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9933. THORSON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–9935. MCMANUS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 04–9942. JACOBS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9943. LINK *v.* PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.